IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES |
| Plaintiff, | BEFORE: The Hon. Paul A. Magnuson, U.S. District Judge |
| v. | |
| JASPER WILLIAM JOHNSON, | Case No: 24-cr-313(2) (PAM/ECW) |
| Defendant | Date: January 20, 2026 |
| | Court Reporter: Caitlin Nat |
| | Courthouse: Saint Paul |
| | Courtroom: 7D |
| | Time Commenced: 1:54 p.m. |
| | Time Concluded: 2:33 p.m. |
| | Time in Court: 39 minutes |

**APPEARANCES:**

For Plaintiff: Lauren Roso, AUSA

For Defendant: Robert Richman, RET

**PROCEEDINGS:**

X **PLEA AGREEMENT:**

- X Guilty as to Counts 1, 15, and 16 of the Indictment.
- X Remaining counts of the Indictment to be dismissed at sentencing.
- X Preliminary Presentence Investigation and Report ordered and due on or before April 1, 2026.
- X Bond will continue according to the present terms and conditions.

Dated: January 20, 2026

*s/Meredith McKnight*
Law Clerk
To The Hon. Paul A. Magnuson