# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | |
| **Plaintiff,** | ) | BEFORE:  The Hon. Paul A. Magnuson |
| | ) | U.S. District Judge |
| v. | ) | |
| | ) | |
| JASPER WILLIAM JOHNSON, | ) | Case No:  24-cr-313(2) (PAM/ECW) |
| | ) | Date:  May 19, 2026 |
| **Defendant** | ) | Court Reporter:  Paula Richter |
| | ) | Courthouse:  Saint Paul |
| | ) | Courtroom:  3C |
| | ) | Time Commenced:  1:30 p.m. |
| | ) | Time Concluded:  2:10 p.m. |
| | ) | Time in Court:  40 minutes |

**APPEARANCES:**

For Plaintiff: Matthew Evans, AUSA

For Defendants: Robert Richman, RET

**PROCEEDINGS:**

X Sentencing

**IT IS ORDERED**:

Defendant is sentenced to:

| Counts | Plea | BOP | SR |
|---|---|---|---|
| 1, 15, 16 | X | 36 months | 3 years |

X  Defendant sentenced to pay:

    X  Special Assessment in the amount of $300.

    X  Fine in the amount of $7,500.

X  See J&C for Special Conditions.

X  Remaining counts dismissed upon motion of the United States.

X  Sentencing materials sealed indefinitely.

Dated: May 19, 2026

*s/Nikki Johnson*
Courtroom Deputy
To The Hon. Paul A. Magnuson